U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 0 2 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| DWAYNE BROWN | DOCKET NO. 06-CV-0724; SEC. "P" |
| VERSUS | JUDGE TRIMBLE |
| T.W. THOMPSON, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED**, *sua sponte,* **under 28 U.S.C. §1915(e)(2)(B)(i) as frivolous.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of November, 2006.

JAMES TRIMBLE
UNITED STATES DISTRICT JUDGE